# In the United States Court of Federal Claims

**No. 97-3817 C**

**GREENWAY OF ALTOONA ASSOCIATES, PHASE II, A LIMITED PARTNERSHIP,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Opinion, filed August 30, 2004, the parties' Joint Status Report on Judgment Amounts, filed October 29, 2004, and the court's Order of November 10, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States, for claims relating to its "Greenway of Altoona II" property, the sum of $482,069.00, plus statutory interest pursuant to 41 U.S.C. §611, calculated from November 1, 2004.

Brian Bishop
Clerk of Court

**November 15, 2004** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.